IN THE UNITED STATES COURT FOR THE DISTRICT OF UTAH

CENTRAL DIVISION

| | |
|---|---|
| BOBBI MIKESELL,<br><br>Plaintiff,<br><br>vs.<br><br>MICHAEL J. ASTRUE, Commissioner of Social Security,<br><br>Defendant, | MEMORANDUM DECISION AND ORDER<br><br><br><br>Case No. 2:09CV665DAK |

Plaintiff filed an application for disability and disability insurance benefits and the application was denied. The denial was appealed and the matter was heard before an Administrative Law Judge who ruled that Plaintiff was not disabled. On June 29, 2009, a denial of Plaintiff's request for review of the decision of the ALJ was issued by the Appeals Council. Plaintiff thereafter sought review in this Court.

The matter came on for hearing on September 28, 2010. Plaintiff was represented by Bradley Roylance. Defendant was represented by Amy Oliver.

After considering the pleadings, the arguments of counsel, and the record in the case, the Court finds that the decision below was supported by substantial evidence and was free from

legal error. Therefore, the decision below is AFFIRMED. This case is closed.

DATED this 28th day of September, 2010.

BY THE COURT:

_____
Dale A. Kimball
United States District Judge